UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE: | |
| **EVERETT JOHN KLESS** | Case No. **16-10330-LSS** |
| **SANDRA PATRICIA KLESS** | Chapter 13 |
| Debtor(s) | |

## NOTICE OF FINAL CURE PAYMENT AND OPPORTUNITY FOR HEARING

NOTICE IS HEREBY GIVEN by REBECCA A. HERR, Chapter 13 Trustee, pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), that the Trustee has made the final payment to cure the default on the claim secured by the principal residence of the Debtor(s), as evidenced by the proof of claim allowed in this case and funded by the confirmed plan. The Trustee payments were made under the claim filed by (or assigned to):

> Court Claim No. 4
> U.S. Bank, N.A
> c/o SN Servicing Corporation
> 323 Fifth Street
> Eureka, CA 95501
> Redacted Account No. 7566

The Trustee has no knowledge of and makes no representation concerning payment of other default amounts or of post-petition amounts not provided for and funded in the plan in this case.

**THE PARTIES ARE HEREBY NOTIFIED:**

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor(s), the attorney for the Debtor(s), and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g) indicating 1) whether it agrees that the Debtor(s) has/have paid in full the amount required to cure the default on the claim; and 2) whether the Debtor(s) is/are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

**FURTHER, if the holder of the secured claim fails to timely file and serve a response to this Notice, the Court may enter an order declaring that the Debtor(s) has/have cured the default and that no amounts are unpaid as of the date of this Notice.**

Dated: <u>September 23, 2021</u>         Respectfully submitted,

<u>/s/ REBECCA A. HERR</u>
REBECCA A. HERR (Fed. Bar No. 29298)
Chapter 13 Trustee
185 Admiral Cochrane Drive
Suite 240
Annapolis, MD 21401
(301) 805-4700
Fax: (301) 805-9577
bherr@ch13md.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2021, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Notice of Final Cure Payment will be served electronically by the Court's CM/ECF system on the following:

Frank Morris, II, Esq  frankmorrislaw@yahoo.com; bankruptcybailout@gmail.com; Jaynell1128@yahoo.com
*Counsel for Debtor(s)*

Gene Jung, Esq.  gjung@mtglaw.com; ecfnotifications@mtglaw.com
*Counsel for Claimant*

I hereby further certify that on September 23, 2021, a copy of the Notice of Final Cure Payment was also mailed first class mail, postage prepaid to:

Everett John Kless
Sandra Patricia Kless
24318 Red Blaze Dr.
Damascus, MD 20872
*Debtor(s)*

U.S. Bank, N.A
c/o SN Servicing Corporation
323 Fifth Street
Eureka, CA 95501
*Claimant*

The Corporation Trust, Incorporated
2405 York Rd
Suite 201
Lutherville Timonium, MD 21093-2264
*Resident Agent for US Bank N.A.*

The Prentice-Hall Corporation System, MA
7 St. Paul Street
Suite 820
Baltimore, MD 21202
*Resident Agent for SN Servicing Corp.*

                                                    **/s/ REBECCA A. HERR**
                                                    REBECCA A. HERR

# Case Overview

**Case No. 16-10330-LSS**  
**PENDING**

EVERETT JOHN KLESS  
SANDRA PATRICIA KLESS

Thursday, September 23, 2021  
8:30 am  
User: cbrown

## DISBURSEMENT HISTORY

| DATE | CODE | DESCRIPTION | CREDITOR # | CHECK NO. | AMOUNT |
|---|---|---|---|---|---|
| **BSI FINANCIAL SERVICES** | | | **Claim Number 2** | | |
| Sep 30, 2017 | CR | AMOUNT DISBURSED TO CREDITOR | | 1039232 | 2,420.34 |
| Nov 30, 2017 | CR | AMOUNT DISBURSED TO CREDITOR | | 1042698 | 1,613.56 |
| Dec 31, 2017 | CR | AMOUNT DISBURSED TO CREDITOR | | 1044377 | 1,613.56 |
| Feb 28, 2018 | CR | AMOUNT DISBURSED TO CREDITOR | | 1049080 | 806.78 |
| Mar 31, 2018 | CR | AMOUNT DISBURSED TO CREDITOR | | 1050761 | 1,613.56 |
| Apr 30, 2018 | CR | AMOUNT DISBURSED TO CREDITOR | | 1052427 | 806.78 |
| May 31, 2018 | CR | AMOUNT DISBURSED TO CREDITOR | | 1054126 | 806.78 |
| Jun 30, 2018 | CR | AMOUNT DISBURSED TO CREDITOR | | 1055781 | 806.78 |
| Jul 31, 2018 | CR | AMOUNT DISBURSED TO CREDITOR | | 1057438 | 806.78 |
| Aug 31, 2018 | CR | AMOUNT DISBURSED TO CREDITOR | | 1059067 | 806.78 |
| Sep 30, 2018 | CR | AMOUNT DISBURSED TO CREDITOR | | 1060733 | 806.78 |
| Oct 31, 2018 | CR | AMOUNT DISBURSED TO CREDITOR | | 1062399 | 806.78 |
| Nov 30, 2018 | CR | AMOUNT DISBURSED TO CREDITOR | | 1064050 | 806.78 |
| Dec 31, 2018 | CR | AMOUNT DISBURSED TO CREDITOR | | 1065741 | 806.78 |
| Jan 31, 2019 | CR | AMOUNT DISBURSED TO CREDITOR | | 1067298 | 806.78 |
| Feb 28, 2019 | CR | AMOUNT DISBURSED TO CREDITOR | | 1068929 | 806.78 |
| Mar 29, 2019 | CR | AMOUNT DISBURSED TO CREDITOR | | 1070540 | 806.78 |
| Apr 30, 2019 | CR | AMOUNT DISBURSED TO CREDITOR | | 1072158 | 806.78 |
| May 31, 2019 | CR | AMOUNT DISBURSED TO CREDITOR | | 1073826 | 806.78 |
| Jun 28, 2019 | CR | AMOUNT DISBURSED TO CREDITOR | | 1075467 | 806.78 |
| Jul 31, 2019 | CR | AMOUNT DISBURSED TO CREDITOR | | 1077083 | 806.78 |
| Aug 30, 2019 | CR | AMOUNT DISBURSED TO CREDITOR | | 1078735 | 806.78 |
| Sep 30, 2019 | CR | AMOUNT DISBURSED TO CREDITOR | | 1080440 | 806.78 |
| Oct 30, 2019 | CR | AMOUNT DISBURSED TO CREDITOR | | 2000214 | 806.78 |
| Nov 30, 2019 | CR | AMOUNT DISBURSED TO CREDITOR | | 2001844 | 806.78 |
| Dec 31, 2019 | CR | AMOUNT DISBURSED TO CREDITOR | | 2003580 | 200.08 |
| **TOTAL FOR BSI FINANCIAL SERVICES** | | | | | **24,403.48** |
| **FAY SERVICING** | | | **Claim Number 2** | | |
| Jul 31, 2017 | CR | AMOUNT DISBURSED TO CREDITOR | | 1036059 | 2,420.34 |
| **TOTAL FOR FAY SERVICING** | | | | | **2,420.34** |
| **FAY SERVICING LLC** | | | **Claim Number 2** | | |
| Jan 31, 2017 | CR | AMOUNT DISBURSED TO CREDITOR | | 1023637 | 1,613.56 |
| Mar 31, 2017 | CR | AMOUNT DISBURSED TO CREDITOR | | 1027090 | 2,420.34 |
| Apr 28, 2017 | CR | AMOUNT DISBURSED TO CREDITOR | | 1028925 | 806.78 |
| May 31, 2017 | CR | AMOUNT DISBURSED TO CREDITOR | | 1030722 | 806.78 |
| Aug 31, 2017 | CR | AMOUNT DISBURSED TO CREDITOR | | 1037764 | 806.78 |
| Sep 28, 2017 | CNCP | CANCELLED CHECK TO CREDITOR/PRINCIPLE | | 1037764 | -806.78 |
| **TOTAL FOR FAY SERVICING LLC** | | | | | **5,647.46** |
| **WELLS FARGO** | | | **Claim Number 2** | | |
| Jul 27, 2016 | CR | AMOUNT DISBURSED TO CREDITOR | 869358 | 1013403 | 806.78 |
| Aug 31, 2016 | CR | AMOUNT DISBURSED TO CREDITOR | 869358 | 1015071 | 806.78 |
| Sep 30, 2016 | CR | AMOUNT DISBURSED TO CREDITOR | 869358 | 1017065 | 806.78 |
| Oct 28, 2016 | CR | AMOUNT DISBURSED TO CREDITOR | 869358 | 1018949 | 806.78 |
| Nov 30, 2016 | CR | AMOUNT DISBURSED TO CREDITOR | 869358 | 1020816 | 1,613.56 |
| **TOTAL FOR WELLS FARGO** | | | | | **4,840.68** |
| | | | | **DISBURSEMENT TOTAL** | **37,311.96** |